IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KOBIE JOE HENSON,**  **PLAINTIFF**
**ADC # 153070**

v.  Case No. 4:23-CV-00043-LPR

**DANNY CLARK,** *et al.*  **DEFENDANTS**

## ORDER

Kobie Joe Henson ("Plaintiff") has not responded to the Court's January 20, 2023 Order directing him to either pay the $402 statutory filing fee or file a complete Motion to Proceed *In Forma Pauperis* within 30 days. (Doc. 3). The Court warned Plaintiff that his failure to do one or the other could result in the dismissal of his Complaint without prejudice. (*Id.*). Despite this warning, Plaintiff has not paid the filing fee, filed a complete Motion to Proceed *In Forma Pauperis*, or otherwise responded to the Court's January 23 Order—and the time for doing so has passed. Also, mail from the Court to Plaintiff is being returned as undeliverable. (Docs. 5-7). And Plaintiff has not responded to the Court's March 2, 2023 Order. (Doc. 8).

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Because Plaintiff has failed to respond to the Court's Orders, his Complaint is DISMISSED without prejudice for failure to prosecute. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 4th day of April, 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE