IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KOBIE JOE HENSON,**  **PLAINTIFF**
**ADC # 153070**

v. Case No. 4:23-CV-00043-LPR

**DANNY CLARK,** *et al*. **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date and the previous Orders in this case, it is considered, ordered, and adjudged that plaintiff Kobie Joe Henson's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment dismissing this action would be frivolous and not in good faith.

So adjudged this 4th day of April, 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE